**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| Anthony Matthew Adkins, a/k/a Andy Adkins and Julia Michelle Adkins, a/k/a Julie M Whisnant a/k/a Julie M. Waldrip, Debtors. | Case No. 20-21415-jrs |
| Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors or assigns, Movant, | Contested Matter* |
| V. | |
| Anthony Matthew Adkins, a/k/a Andy Adkins and Julia Michelle Adkins, a/k/a Julie M Whisnant a/k/a Julie M. Waldrip, Debtors Respondents. | |

**OBJECTION TO CONFIRMATION**

COMES NOW, Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors or assigns, (hereinafter referred to as "Creditor"), who holds a secured lien on the Debtor(s)' real property known as 1941 Paynes Point, Winder, GA 30680 (hereinafter the "Property"), and files this Objection to Confirmation of Plan.

Creditor holds a secured claim with a principal balance of approximately $161,983.28, including pre-petition arrears of approximately $25,189.66. Debtor(s)' Chapter 13 Plan (hereinafter "Plan") lists the total pre-petition arrears owed to Creditor as $13,000. The arrears listed in the Plan underestimate Creditor's pre-petition arrearage amount. Debtor's plan provides for a monthly payment to Creditor of $130.00 stepping to $805.92 in beginning June, 2021

which is insufficient to cure the pre-petition arrearage within 60 months.  Accordingly, the Chapter 13 Plan fails to comply with the provisions of 11 U.S.C. § 1325(a).

    WHEREFORE, Creditor prays that this Court inquire into the matters raised herein and deny confirmation of the Plan, or enter such an order that the Court deems just and proper.

Date:  November 18, 2020

                      Shapiro Pendergast & Hasty, LLP

                                          */s/ Emily Camille Bonds*
                                          Emily Camille Bonds
                                          Georgia Bar No. 264387
                                          211 Perimeter Center Parkway, NE
                                          Suite 300
                                          Atlanta, GA 30346
                                          Phone: 770-220-2535
                                          Fax: 770-220-2665
                                          ebonds@logs.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on 20th day of November, 2020, a copy of the foregoing Objection to Confirmation was caused to be served upon the following:

<u>Via CM/ECF Electronic Notice</u>

Robert Michael Gardner, Jr., Gardner Law Firm
114 N. Broad Street
P.O. Box 310
Winder, GA 30680

Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

<u>Via First Class Mail, Postage Prepaid</u>

Debtor
Anthony Matthew Adkins, a/k/a Andy Adkins
1941 Paynes Pt
Winder, GA 30680

Debtor
Julia Michelle Adkins, a/k/a Julie M Whisnant a/k/a Julie M. Waldrip
1941 Paynes Pt
Winder, GA 30680

Shapiro Pendergast & Hasty, LLP

*/s/ Emily Camille Bonds*
Emily Camille Bonds
Georgia Bar No. 264387
211 Perimeter Center Parkway, NE
Suite 300
Atlanta, GA 30346
Phone: 770-220-2535
Fax: 770-220-2665
ebonds@logs.com